IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONALD DAVID JONES,**

    *Plaintiff*,

v.                                  Case No.: 4:21cv377-MW/MAF

**GADSDEN COUNTY
SCHOOL BOARD, et al.,**

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on November 15, 2021.**

                                                  s/Mark E. Walker         
                                                  **Chief United States District Judge**